

**OFFICE OF HUMAN CAPITAL/WORKFORCE PLANNING**
125 South Clark Street, 2nd Floor, Chicago, IL 60603
773.553.1045   800.321.0053

August 10, 2010

**Adrienne Green-Katien**
Redacted
Chicago, IL 60626

Dear Colleague:

Please be advised that your position is no longer available effective August 31, 2010 due to Redefinition. As a result, I regret to inform you that you will be laid off and honorably dismissed effective August 31, 2010. Teachers honorably dismissed are not entitled to either the Reassigned Teacher Pool or the Cadre.

To assist you in understanding your next steps, I have enclosed a set of Frequently Asked Questions (FAQs) that include important information regarding continuation of your benefits, sick and benefit day payouts, and unemployment compensation. Please review the information carefully. Please note that your insurance will be extended one additional month through September 30, 2010.

If you are interested in finding another appointed teacher position within the CPS, I recommend you attend the upcoming **Career Event for Impacted CPS Teachers** where you can network with CPS principals looking for experienced teachers. The event will be held on August 24 at McCormick Place-West Building and will be open to recently impacted CPS teachers ONLY. More detailed information about the event is included within this packet.

Additionally, Human Capital will host a Resume Writing and Interview Tips Workshop to address your employment related questions, and to provide you with information on the recruitment and hiring process. You are strongly encouraged to attend one of the Resume Writing and Interview Tips Workshops. These events will be held at the CPS Teachers' Academy of Math and Science (TAMS). To learn more about the Resume Writing Workshop, please review the flier included in this packet.

> **Special Note** - CPS is offering the Pension Enhancement Program (PEP) to employees impacted by position losses. This window is only open to those who wish to retire **immediately**. The retirement date will be effective August 31, 2010. If you are eligible and interested in applying for the PEP, please go to the link below to view the application. You must complete and submit this application by end of day on Monday, August 23, 2010, at the Employee Services Center located at 320 North Elizabeth. You should contact the Chicago Teachers Pension Fund at (312) 641-4464 for retirement information.
>
> http://www.cps-humanresources.org/Employee/Forms/Resforms/ResignPep.pdf

On behalf of the CPS, I thank you for your service to Chicago public school students.

Sincerely,

Office of Human Capital
Workforce Planning
cc:   Labor Relations
      Department - Ames Middle School
      Personnel File - 000114608

Enclosures (certified mail only):
- FAQs Related to Honorably Dismissed Teachers
- Public Health Services Act Notice (COBRA), Rate Information and Election
- Resume Writing and Interviewing Tips Workshop Flier
- "What every worker should know about Unemployment Insurance"
- Career Event Flier



**OFFICE OF HUMAN CAPITAL/WORKFORCE PLANNING**
125 South Clark Street, 2nd Floor, Chicago, IL 60603
773.553.1045   800.321.0053

August 10, 2010

**Barbara Fritz**
Redacted
**Chicago, IL 60611**

Dear Colleague:

Please be advised that your position is no longer available effective August 31, 2010 due to Redefinition. As a result, I regret to inform you that you will be laid off and honorably dismissed effective August 31, 2010. Teachers honorably dismissed are not entitled to either the Reassigned Teacher Pool or the Cadre.

To assist you in understanding your next steps, I have enclosed a set of Frequently Asked Questions (FAQs) that include important information regarding continuation of your benefits, sick and benefit day payouts, and unemployment compensation. Please review the information carefully. Please note that your insurance will be extended one additional month through September 30, 2010.

If you are interested in finding another appointed teacher position within the CPS, I recommend you attend the upcoming **Career Event for Impacted CPS Teachers** where you can network with CPS principals looking for experienced teachers. The event will be held on August 24 at McCormick Place-West Building and will be open to recently impacted CPS teachers ONLY. More detailed information about the event is included within this packet.

Additionally, Human Capital will host a Resume Writing and Interview Tips Workshop to address your employment related questions, and to provide you with information on the recruitment and hiring process. You are strongly encouraged to attend one of the Resume Writing and Interview Tips Workshops. These events will be held at the CPS Teachers' Academy of Math and Science (TAMS). To learn more about the Resume Writing Workshop, please review the flier included in this packet.

---

**Special Note** - CPS is offering the Pension Enhancement Program (PEP) to employees impacted by position losses. This window is only open to those who wish to retire immediately. The retirement date will be effective August 31, 2010. If you are eligible and interested in applying for the PEP, please go to the link below to view the application. You must complete and submit this application by end of day on **Monday, August 23, 2010**, at the Employee Services Center located at 320 North Elizabeth. You should contact the Chicago Teachers Pension Fund at (312) 641-4464 for retirement information.

http://www.cps-humanresources.org/Employee/Forms/Resforms/ResignPep.pdf

---

On behalf of the CPS, I thank you for your service to Chicago public school students.

Sincerely,

Office of Human Capital
Workforce Planning
cc:   Labor Relations
        Department - Ames Middle School
        Personnel File - 000034286

Enclosures (certified mail only):
- FAQs Related to Honorably Dismissed Teachers
- Public Health Services Act Notice (COBRA), Rate Information and Election
- Resume Writing and Interviewing Tips Workshop Flier
- "What every worker should know about Unemployment Insurance"
- Career Event Flier